UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
COSUD INTELLECTUAL PROPERTY
SOLUTIONS, P.C.,
                    Plaintiff,

v.                                        **ORDER**

                                          19-CV-11901 (PMH)
VOLANT HOLDINGS GMBH,

                    Defendant.
-------------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

On January 2, 2020, plaintiff COSUD Intellectual Property Solutions, P.C. commenced the instant action against defendants Volant Holdings GMBH and TheraBrake, Inc. (Docs. 1, 5).

On January 6, 2020, the Clerk of Court issued a summons as to Volant Holdings GMBH and TheraBrake, Inc., (Doc. 8), and on January 9, 2020, plaintiff amended its complaint, *inter alia*, dropping TheraBrake, Inc. as a party and proceeding against defendant Volant Holdings GMBH. (Doc. 9). There is no indication on the docket that defendant has been served, and defendant has not appeared in this case.

Accordingly, pursuant to Fed. R. Civ. P. 4(m), this action will be dismissed without prejudice unless, on or before June 10, 2020, plaintiff either: (i) files to the ECF docket proof of service, indicating defendant was served on or before April 1, 2020; or (ii) shows good cause in writing for its failure to comply with Fed. R. Civ. P. 4(m).

SO ORDERED:

Dated: New York, New York
       June 3, 2020

                                              _____
                                              Philip M. Halpern
                                              United States District Judge