UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
COSUD INTELLECTUAL PROPERTY
SOLUTIONS, P.C.

                         Plaintiff,

v.

                               **ORDER TO SHOW CAUSE**

VOLANT HOLDINGS GmbH,

                               19-CV-11901 (PMH)

                        Defendant.
-------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

      On January 7, 2022, the Court issued an Order to Show Cause for default judgment against Defendant which provided, *inter alia*, that Defendant's opposition papers, if any, were to be served and filed no later than March 4, 2022. (Doc. 68). On February 15, 2022, the Court granted a request by Plaintiff in connection with service of the Order to Show Cause, extending the time to serve Defendant to April 18, 2022. (Doc. 71). On March 15, 2022, Plaintiff filed what purports to be a certificate of service of the Order to Show Cause on Defendant on March 9, 2022 through the Bankruptcy Office Hofe, Switzerland. (Doc. 73).

      Accordingly, in light of the extension of the time to effectuate service and the certificate suggesting that service was effectuated after the deadline to file opposition set forth in the Order to Show Cause, it is hereby ORDERED that Defendant's time to serve and file opposition papers, if any, is extended to April 25, 2022. Plaintiff is directed to serve Defendant with a copy of this Order.

SO-ORDERED:

Dated: White Plains, New York
       March 16, 2022

                                                                                         Philip M. Halpern
                                                                                       United States District Judge