UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
COSUD INTELLECTUAL PROPERTY
SOLUTIONS, P.C.

                        Plaintiff,

v.

VOLANT HOLDINGS GmbH,

                        Defendant.
-----------------------------------------------------------X

**ORDER**

19-CV-11901 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for Plaintiff appeared in Courtroom 520 today on Plaintiff's motion for default judgment. Defendant did not appear.

For the reasons stated on the record and the law cited therein, the Court GRANTS Plaintiff's motion for default judgment under Federal Rule of Civil Procedure 55(b) on liability against defendant Volant Holdings GmbH on Plaintiff's Second Claim for Relief for breach of contract and in the alternative its Fourth Claim for Relief for quantum meruit, in an amount to be determined at an inquest. The Court DENIES the branch of Plaintiff's motion under Federal Rule of Civil Procedure 55(a); and DENIES the motion for default judgment on Plaintiff's First Claim for Relief for judicial foreclosure of a charging lien on the Patent Portfolio and the Third Claim for Relief for unjust enrichment.

The inquest to determine the amount of damages due Plaintiff shall be by affidavit. By July 20, 2022, or, upon written request by Plaintiff, such additional time thereafter as is necessary, Plaintiff shall prepare and file the affidavit(s) of a person with personal knowledge addressing the deficiencies raised by the Court during today's conference.

See Transcript.

Plaintiff is directed to serve a copy of this Order on Defendant and file proof of such service.

SO-ORDERED:

Dated: White Plains, New York
       July 6, 2022

_____
Philip M. Halpern
United States District Judge